IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01467-PAB-KLM

AMANDA BUSHY,

      Plaintiff,

v.

MEDICAL CENTER OF THE ROCKIES, a corporation, and
DR. JASJOT JOHAR, in his official and individual capacities,

      Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Motion to Withdraw From Representation of Defendant, Dr. Jasjot Johar** [Docket No. 25; Filed September 20, 2013] (the "Motion"), filed by Attorney Erik G. Fischer ("Fischer"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

      IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. Attorney Fischer is relieved of any further representation of Defendant Dr. Jasjot Johar in this case. The Clerk of the Court is instructed to terminate Attorney Fischer as counsel of record, and to remove his name from the electronic certificate of mailing. Defendant Dr. Jasjot Johar shall continue to be represented by Attorneys Gordon Hadfield, Barbara Grandjean, and Christopher Brady.

      Dated:  September 23, 2013