IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01467-PAB-KLM

AMANDA BUSHY,

    Plaintiff,

v.

MEDICAL CENTER OF THE ROCKIES, a corporation, and
Dr. JASJOT JOHAR, in his official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants' Motions to Dismiss [Docket Nos. 11 and 46]. On October 29, 2013, plaintiff filed an Amended Complaint [Docket No. 48] pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 47] Thus, the Amended Complaint became the operative pleading in this action, and the Motions to Dismiss [Docket Nos. 11 and 46] are directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motions to dismiss are moot. It is

    **ORDERED** that defendants' Motions to Dismiss [Docket Nos. 11 and 46] are DENIED as moot.

    DATED November 1, 2013.