IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01467-PAB-KLM

AMANDA BUSHY,

    Plaintiff,

v.

MEDICAL CENTER OF THE ROCKIES, a corporation, and
DR. JASJOT JOHAR, in his official capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's and Defendant Medical Center of the Rockies' **Joint and Unopposed Motion to Amend Scheduling Order** [#66][1] (the "Motion"). In the Motion, the moving parties state that Defendant Dr. Jasjot Johar does not oppose the requested relief. *Motion* [#66] at 1.

    IT IS HEREBY **ORDERED** that the Motion [#66] is **GRANTED**. The Scheduling Order entered on October 15, 2013 [#45], and amended on February 13, 2014 [#65], is further modified to extend: (1) the Discovery Cut-Off to **June 13, 2014**, for the limited purpose of deposing Debra Delk, and (2) the Dispositive Motion Deadline to **July 14, 2014**.

    Dated:  April 25, 2014

---

[1] "[#66]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.