IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01467-PAB-KLM

AMANDA BUSHY,

    Plaintiff,

v.

MEDICAL CENTER OF THE ROCKIES, a corporation, and
DR. JASJOT JOHAR, in his official capacity,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [#69][1] (the "Motion"). On April 25, 2014, the Court extended the Discovery Cut-Off to June 13, 2014, for the limited purpose of allowing the parties to depose Debra Delk. *Minute Order* [#68] at 1. In the Motion, Plaintiff asks that the parties be allowed to depose Defendant Dr. Jasjot Johar within the extended Discovery Cut-Off period. *Id.* at 1, 3.

    IT IS HEREBY **ORDERED** that the Motion [#69] is **GRANTED**. The Scheduling Order entered on October 15, 2013 [#45], and amended on February 13, 2014 [#65] and April 25, 2014 [#68], is further modified to extend the Discovery Cut-Off to **June 13, 2014**, for the limited purpose of deposing two individuals: Debra Delk and Defendant Dr. Jasjot Johar.

    Dated: April 30, 2014

---

[1] "[#69]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.