IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01467-PAB-KLM

AMANDA BUSHY,

    Plaintiff,

v.

MEDICAL CENTER OF THE ROCKIES, a corporation,

    Defendant.

## ORDER

This matter comes before the Court on the Stipulated Motion for Dismissal With Prejudice [Docket No. 95]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion for Dismissal With Prejudice [Docket No. 95] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 17, 2015.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge